IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **CURTIS L. BERRY,** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**AIRXCEL, INC.,** )<br>)<br>**Defendant.** )<br>) | **CIVIL ACTION**<br><br>**No. 20-cv-1362-KHV** |

## JUDGMENT IN A CIVIL CASE

**( )  JURY VERDICT.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

**( X )  DECISION BY THE COURT.**  This action came to decision by the Court.  The issues have been considered and a decision has been rendered.

  **IT IS ORDERED AND ADJUDGED** that pursuant to the Memorandum And Order (Doc. #71) filed July 26, 2022, judgment is entered in favor of defendant Airxcel, Inc. against the plaintiff Curtis L. Berry and this action is **DISMISSED.**

Dated: 7/27/2022     SKYLER B. O'HARA, CLERK

         s/ Andrea Schreyer
         Deputy Clerk